

# NUMBER 13-24-00043-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE SHANNON MOCZYGEMBA

### On Petition for Writ of Mandamus.

## MEMORANDUM OPINION

### Before Justices Longoria, Silva, and Peña
### Memorandum Opinion by Justice Longoria[1]

On January 17, 2024, relator Shannon Moczygemba filed a petition for writ of mandamus through which she asserts that the trial court abused its discretion by refusing to set aside a mediated settlement agreement and by refusing to set a hearing on a motion to declare the agreement unenforceable. *See* TEX. FAM. CODE ANN. §§ 6.602, 153.0071. Relator also filed an emergency motion to stay the trial court proceedings, including the

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so. When granting relief, the court must hand down an opinion as in any other case."); *id.* R. 47.4 (distinguishing opinions and memorandum opinions).

final hearing set for January 18, 2024, pending the resolution of her petition for writ of mandamus. *See* TEX. R. APP. P. 52.10.

Mandamus is an extraordinary and discretionary remedy. *See In re Allstate Indem. Co.*, 622 S.W.3d 870, 883 (Tex. 2021) (orig. proceeding); *In re Garza*, 544 S.W.3d 836, 840 (Tex. 2018) (orig. proceeding) (per curiam); *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 138 (Tex. 2004) (orig. proceeding). The relator must show that (1) the trial court abused its discretion, and (2) the relator lacks an adequate remedy by appeal. *In re USAA Gen. Indem. Co.*, 624 S.W.3d 782, 787 (Tex. 2021) (orig. proceeding); *In re Prudential Ins. Co. of Am.*, 148 S.W.3d at 135–36; *Walker v. Packer*, 827 S.W.2d 833, 839–40 (Tex. 1992) (orig. proceeding).

The Court, having examined and fully considered the petition for writ of mandamus and the applicable law, is of the opinion that relator has not met her burden to obtain relief. Accordingly, we deny the petition for writ of mandamus without prejudice. We likewise deny relator's emergency motion to stay the trial court proceedings.

NORA L. LONGORIA
Justice

Delivered and filed on the
18th day of January, 2024.

2